**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 23 B 06167 |
| | ) | |
| COREY A. WINER, and | ) | Chapter 13 |
| MICHELLE A. FRANCIS, | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

**OBJECTION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM**
**FINANCIAL TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., pursuant to Sections 1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) of the Bankruptcy Code, 11 U.S.C. §§1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) (West 2023), and such other Sections and Rules as may apply, for its Objection to Confirmation of Debtors' proposed Chapter 13 Plan, respectfully states as follows:

1. On May 9, 2023, Corey A. Winer and Michelle A. Francis ("Debtors") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code and proposed Chapter 13 Plan (the "Plan"), which is scheduled for a confirmation hearing on July 14, 2023.

2. AmeriCredit is a creditor of the Debtors with respect to a certain indebtedness secured by a lien upon a 2021 Chevrolet Traverse motor vehicle bearing a Vehicle Identification Number of 1GNEVGKW3MJ131979 (the "Vehicle"). (See Ex. "A"). Debtors purchased the Vehicle on December 26, 2020, *i.e.* less than 910 days prior to the commencement of these proceedings.

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtors were required to tender equal monthly payments to AmeriCredit, each in the sum of $534.40 with an interest rate of 4.49%. (See Ex. "A").

AmeriCredit/Winer/Objection to Plan

4.   Debtors have not provided AmeriCredit or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying AmeriCredit as the lienholder/loss payee to protect AmeriCredit's interest in the Vehicle from loss or destruction.

5.   There remains a total outstanding balance due to AmeriCredit from Debtors in the sum of $21,616.89.

6.   Debtors' Plan identifies AmeriCredit as a secured creditor in Section 3.1 with current installment payments of $535.00 to be made by Debtors.

7.   Debtors' Plan does not protect AmeriCredit's right to retain its lien on the Vehicle. As such, AmeriCredit requests that language be added to Section 8 of the Plan stating that AmeriCredit will retain its lien until payment of the underlying debt in full as determined under nonbankruptcy law.

8.   For the reasons stated above, Debtors' Plan fails to comply with the applicable provisions of the Bankruptcy Code and must provide for and satisfy the objections specified herein to be feasible and provide AmeriCredit adequate protection.

**WHEREFORE**, AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order denying Debtors' request for confirmation of the Plan; and, for such other, further, and different relief as this Court deems just and proper.

<div style="margin-left:50%">

Respectfully submitted,
AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL,
Creditor,
By: ___/s/ Cari A. Kauffman___
One of its attorneys

</div>

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

AmeriCredit/Winer/Objection to Plan